**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:15-CR-127-JTM-PRC |
| | ) | |
| ROOSEVELT LEE FRANKLIN, | ) | |
| Defendant. | ) | |

## FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON PLEA OF GUILTY BY DEFENDANT ROOSEVELT LEE FRANKLIN

TO:  THE HONORABLE JAMES T. MOODY,
     UNITED STATES DISTRICT COURT

Upon Defendant Roosevelt Lee Franklin's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on February 10, 2016, with the consent of Defendant Roosevelt Lee Franklin, counsel for Defendant Roosevelt Lee Franklin, and counsel for the United States of America.

The hearing on Defendant Roosevelt Lee Franklin's plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Roosevelt Lee Franklin under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Roosevelt Lee Franklin,

I FIND as follows:

(1) that Defendant Roosevelt Lee Franklin understands the nature of the charge against him to which the plea is offered;

(2) that Defendant Roosevelt Lee Franklin understands his right to trial by jury, to persist in his

plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and his right against compelled self-incrimination;

(3) that Defendant Roosevelt Lee Franklin understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Roosevelt Lee Franklin understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Roosevelt Lee Franklin has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Roosevelt Lee Franklin is competent to plead guilty;

(6) that Defendant Roosevelt Lee Franklin understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Roosevelt Lee Franklin's plea; and further,

I RECOMMEND that the Court accept Roosevelt Lee Franklin's plea of guilty to the offense charged in Count II of the Indictment and that Defendant Roosevelt Lee Franklin be adjudged guilty of the offense charged in Count II of the Indictment and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Roosevelt Lee Franklin be adjudged guilty, a sentencing date before Judge James T. Moody will be set by separate order. Objections to the Findings and Recommendation are waived unless filed and served within fourteen days. 28 U.S.C. § 636(b)(1).

SO ORDERED this 10th day of February, 2016.

s/ Paul R. Cherry  
MAGISTRATE JUDGE PAUL R. CHERRY  
UNITED STATES DISTRICT COURT

cc: All counsel of record  
Honorable James T. Moody